**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 84 MAL 2017

                    Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

          v.   :

JAMES EDWARD ROCHE,   :

                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.